**KAZDA LAW FIRM, P.C.**
**Kraig C. Kazda**
**600 Central Plaza, Suite 316**
**Great Falls, MT 59401**
**406.727.2884**
**I.D. 1276**
**Attorney for the Debtors**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| **In Re:**<br><br>**PATRICK AND LISA O'BRIEN,**<br>**DEBTORS.** | **Case No. 11-60552** |

## MOTION FOR ENTRY OF DISCHARGE, AND ATTORNEY CERTIFICATION

The above-named Debtors, respectfully move the Court for the entry of an Order of Discharge. In support of this motion, the undersigned represents that:

1. I am counsel of record for the Debtors in the above-entitled case.

2. I have explained the requirements for a discharge to the Debtors and to the best of the undersigned's knowledge, the Debtors qualify for a discharge under §§ 521, 1308, and 1328(a) (g)(1) and (h); and

3. By affidavit, filed herewith, the Debtors have made the required certification, under oath, necessary for the entry of discharge.

DATED this 14th day of May, 2014.

Attorney for Debtors

## ATTORNEY CERTIFICATION
### In Support of Motion for Entry of Discharge

I represent the above captioned Debtors and hereby certify that I have explained to the Debtors, the averments set forth above, and to the best of my knowledge and belief, each Debtor identified above is in compliance with the provisions of 11 U.S.C. §§ 521, 1308, AND 1328(1), and meets the eligibility requirements for a Chapter 13 discharge pursuant to 11 U.S.C. §§ 1328(g)(1) and 1328(h).

DATED this 14th day of May, 2014.

Attorney for Debtors

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify under penalty of perjury, that a copy of the foregoing MOTION FOR ENTRY OF DISCHARGE, AND ATTORNEY CERTIFICATION, was served upon the persons named below by ECF-emailing, and/or by general mailing, to them, a true and correct copy of said document on the 4th day of May, 2014.

<X> ECF e-mail <X> U.S. Mail

U.S. Trustee
301 Central Avenue
P.O. Box 3509
Great Falls, MT 59403

Robert G. Drummond
Chapter 13 Bankruptcy Trustee
P.O. Box 1829
Great Falls, MT 59403

Creditor Mailing Matrix (attached)

/s/ Patty Spitzer

Patty Spitzer

BAC HOME LOANS SERVICI
450 AMERICAN ST
SIMI VALLEY, CA 93065

BANK OF AMERICA
PO BOX 1598
NORFOLK, VA 23501

CITI-BP OIL
PO BOX 6497
SIOUX FALLS, SD 57117

GEMB/SAMS CLUB
PO BOX 981400
EL PASO, TX 79998

GMAC
P O BOX 79135
PHOENIX AZ 85062-9135

GMAC MORTGAGE
PO BOX 4622
WATERLOO, IA 50704

GROW FINANCIAL FCU
9927 DELANEY LAKE DR
TAMPA, FL 33619

GULF COAST COLLECTION
5690 MARQUESAS CIR
SARASOTA, FL 34233

NORDSTROM FSB
PO BOX 6565
ENGLEWOOD, CO 80155

SEARS/CBSD
PO BOX 6189
SIOUX FALLS, SD 57117

SIMM ASSOCIATES INC
P O BOX 7526
NEWARK DE 19714-7526

THD/CBSD
PO BOX 6497
SIOUX FALLS, SD 57117

U S BANK
101 5TH ST E STE A
SAINT PAUL, MN 55101

CERTIFICATE OF SERVICE
I hereby certify that the foregoing was [illegible] the above named [illegible] at their last known [illegible]
DATED this 14 [illegible], 2014

[illegible] LAW FIRM, PC