IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In Re: )
)
PATRICK AND LISA O'BRIEN, )   CASE NO. 11-60552
)
DEBTORS. )

## AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DISCHARGE

The above-named Debtors, having moved the Court for the entry of an Order of Discharge, in support of such motion, I certify and state as follows:

1. I have made all of the payments required under the confirmed Chapter 13 Plan in this case and have fully complied with the terms of that Plan.

2. I have completed an instructional course concerning personal financial management described in 11 U.S.C. § 111 and have filed a copy of the Certification of Completion, either prior to the filing of this Motion or with this Motion.

3. Check the box that applies, one box MUST be checked.

   ☒ I am not required by an judicial or administrative order of law to pay a domestic support obligation (child support or spousal support); OR

   ☐ I was required to pay a domestic support obligation during this case, and I certify that I have paid all domestic support due through today, under the order or law requiring support payments.

4. I have not received a discharge in any prior Chapter 7, 11, or 12 bankruptcy case in which I was a debtor during the four year period prior to the date that I filed this Chapter 13 bankruptcy case, and I have not received a discharge in any previous Chapter 13 bankruptcy case during the two year period before I filed this Chapter 13 bankruptcy case.

5. I have no reason to believe that there is any pending investigation or proceeding in which I may be found guilty of:
   (i) a felony involving the abuse of bankruptcy law;
   (ii) any violation of federal or state securities law;
   (iii) fraud, deceit or manipulation in a fiduciary capacity (where I am responsbile for managing someone else's money, property or affairs) involving the purchase or sale of any securities;
   (iv) any civil offense under § 1964 of Title 18 U.S. Code (federal criminal laws); or
   (v) and criminal act, any intentional harm to another or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five (5) years.

I certify under oath and penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

5/14/2014
Date

x _Lisa O'Brien_
Debtor

5/14/2014
Date

x _Patrick O'Brien_
Co-Debtor